IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL C. CANDELARIA,

    Plaintiff,

v.                                                                              No. 23-cv-00807-MIS-JHR

THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF BERNALILLO,

    Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on a *sua sponte* review of the record.

Plaintiff Paul Candelaria commenced this case on by filing a civil complaint in the Second Judicial District Court, Bernalillo County, New Mexico, on August 9, 2023. ECF No. 1-1. Defendant removed the case to this Court on September 20, 2023. ECF No. 1. After mail sent to Candelaria at his address of record was returned as undeliverable on October 18, 2023, the Court entered an Order to Show Cause requiring him to provide a current address, as required by D.N.M. LR-Civ. 83.6. ECF No. 10 ("Show Cause Order"). A copy of the Show Cause Order sent to Candelaria was returned as undeliverable on March 4, 2024. ECF No. 12.

Candelaria did not respond to the Show Cause Order and the deadline expired on March 22, 2024. As he appears to have severed contact with the Court, this case shall be dismissed without prejudice under Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice, and a separate judgment shall be entered herewith.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE